CITY OF CAMDEN, DEFENDANT IN ERROR, v. SAMUEL W. BARRETT, PLAINTIFF IN ERROR.

Submitted December 9, 1912—Decided March 3, 1913.

On error to the Supreme Court, whose opinion is reported in 53 *Vroom* 242.

For the defendant in error, *Edwin G. C. Bleakly.*

For the plaintiff in error, *Frank Bergen* and *Edward Ambler Armstrong.*

PER CURIAM.

The important question in this case is disposed of in the opinion in *Camden* v. *Public Service Railway Co., ante p.* 305. The only additional question is whether Barrett came within the provisions of the ordinance. We agree with the Supreme Court that he did.

The judgment is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH, CONGDON, TREACY, JJ. 11.

*For reversal*—None.